# Exhibit "C"

Dockets.Justia.com

03-27-07 11:42 FROM- T-858 P.002/005 F-928

Kristin L. Holland (SBN 187314)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
TEL: (310) 788-4400
FAX: (310) 788-4471

FILED
07 MAR 27 AM 11:56
... CLERK
BY ...
DEPUTY

Attorneys for Specially Appearing and Moving Parties MetricsDirect, Keith Smith, Daniel Todd, 180Solutions, Inc. and Zango, Inc.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN JOAQUIN

STOCKTON BRANCH

ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

Plaintiffs,

vs.

180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive,

Defendants.

Case No. CV 029557

NOTICE OF NEW HEARING DATE AND TIME

New Date: May 4, 2007
New Time: 9:00 a.m.
New Dept.: 41

Old Date: April 24, 2007
Old Time: 9:00 a.m.
Old Dept: 41

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** the motions set forth below, which were previously noticed for April 24, 2007 at 9:00 a.m. in Department 41 will now be heard on May 4, 2007 at 9:00 a.m. in Department 41. The motions to which this change applies are:

1. MetricsDirect's Motion to Quash Service of Summons;
2. Keith Smith's Motion to Quash Service of Summons;
3. Daniel Todd's Motion to Quash Service of Summons;
4. 180Solutions, Inc.'s Motion to Quash Service of Summons; and
5. Zango, Inc.'s Motion to Quash Service of Summons.

Dated: March 27, 2007

Respectfully submitted,

KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland

K. Holland

Kristin L. Holland
Attorneys for Specially Appearing and Moving Parties MetricsDirect, Keith Smith, Daniel Todd, 180Solutions, Inc. and Zango, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On March 27, 2007, I served the within documents:

**NOTICE OF NEW HEARING DATE AND TIME**

I sent such document from facsimile machine 310.788.4471 on . I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

X by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Martha Bronson, Esq.
Bronson & Associates
15 West 8th Street, Suite A
Tracy, CA 95376

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 27, 2007, at Los Angeles, California.

Kathy Cornejo
Kathy Cornejo

# Exhibit "D"

BRONSON & ASSOCIATES
ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396
15 WEST 8TH STREET, SUITE A
TRACY, CA 95376
209-830-0400 Fax: 209-832-5000
*Website:* *www.thelaw.bz* *E-Mail:* *mslawyer@thelaw.bz*

Attorneys for Plaintiff

**IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN JOAQUIN**

| | |
|---|---|
| ROBIN PHILLIPS, INDIVIDUALLY AND ON BEHALF OF ALL THOSE SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>180Solutions, Inc.; KEITH SMITH, et al.,<br><br>Defendant. | CASE NO.: 029557<br><br>NOTICE OF NO OPPOSITION<br><br>DAT E: MAY 4, 2007<br>TIME: 9:00 A.M.<br>DEPT: 41 |

Plaintiff does not oppose defendants' motion to quash summons as it appears that the process server, after making numerous attempts to personally serve, proceeded to sub-serve, but inadvertently failed to mail a copy of the summons and complaint following substituted service.

Defendants unreasonably failed to contact counsel for plaintiff before filing the within motions, to informally resolve this technical service issue. Had defendants made that good faith effort before hastily wasting the court's time in filing them, plaintiff would have stipulated to the issue and avoided the filing of the motions.

Dated: Tuesday, April 24, 2007

BRONSON & ASSOCIATES

By: ______________________
MARTHA BRONSON, ESQ.

# PROOF OF SERVICE

I, MATINA D. BATTAGLIA, the undersigned, declare that I am over the age of 18 and am not a party to this action. One of my places of employment is with BRONSON & ASSOCIATES, 15 West 8th Street, Suite A, Tracy, CA 95376.

On the date below I served the following document: NOTICE OF NO OPPOSITION,

on all the parties listed below, by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

KRISTIN L. HOLLAND ATTORNEY FOR ALL DEFENDANTS
KATTEN, MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA. 90067
310-788-4471

and by delivering as follows:

[ x ] **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Tracy, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ x ] **BY FACSIMILE:** I caused to be facsimiled a copy of the above stated document(s) to the above named parties to the facsimile number listed above. I programmed the fax machine to print out a transmission confirmation and a copy of the same is attached hereto pursuant to Local Rule Rule 2008.

Executed on Tuesday, April 24, 2007 , at Tracy, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

MATINA D. BATTAGLIA

# Exhibit "E"

Kristin L. Holland (SBN 187314)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
TEL: (310) 788-4400
FAX: (310) 788-4471

Attorneys for Specially Appearing and Moving Parties MetricsDirect, Keith Smith, Daniel Todd, 180Solutions, Inc. and Zango, Inc.

FILED
STOCKTON
07 MAY 10 PM 3:23
KATHY VALLONE
BY ________ DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN JOAQUIN

STOCKTON BRANCH

ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

Plaintiffs,

vs.

180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive,

Defendants.

Case No. CV 029557

NOTICE OF RULING

File by Fax

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 4, 2007 at 9:00 a.m. in Department 41, after no opposition was filed, the Court granted the following motions:

1. METRICSDIRECT'S MOTION TO QUASH SERVICE OF SUMMONS;
2. KEITH SMITH'S MOTION TO QUASH SERVICE OF SUMMONS;
3. DANIEL TODD'S MOTION TO QUASH SERVICE OF SUMMONS;
4. 180 SOLUTIONS INC.'S MOTION TO QUASH SERVICE OF SUMMONS; and
5. ZANGO INC.'S MOTION TO QUASH SERVICE OF SUMMONS.

Dated: May 8, 2007

KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland

Kristin L. Holland
Attorneys for Specially Appearing and Moving Parties MetricsDirect, Keith Smith, Daniel Todd, 180Solutions, Inc. and Zango, Inc.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On May 10, 2007, I served the within documents:

**NOTICE OF RULING**

I sent such document from facsimile machine 310.788.4471 on . I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

X by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Martha Bronson, Esq.
Bronson & Associates
15 West 8th Street, Suite A
Tracy, CA 95376

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 10, 2007, at Los Angeles, California.

Kathy Cornejo

Kathy Cornejo

# Exhibit "F"

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| BRONSON & ASSOCIATES<br>MARTHA BRONSON, ESQ. #133396<br>15 WEST 8TH STREET, SUITE A<br>TRACY, CA. 95376<br>TELEPHONE NO.: 209-830-0400 FAX NO. *(Optional)*: 209-832-5000<br>E-MAIL ADDRESS *(Optional)*: MSLAWYER@THELAW.BZ<br>ATTORNEY FOR *(Name)*: PLAINTIFFS | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN<br>STREET ADDRESS: 222 EAST WEBER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: STOCKTON, CA. 95376<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: PHILLIPS, ET AL.<br>DEFENDANT/RESPONDENT: 180SOLUTIONS, INC. ET AL. | |
| **CASE MANAGEMENT STATEMENT**<br>(Check one): [✓] **UNLIMITED CASE** (Amount demanded exceeds $25,000) [ ] **LIMITED CASE** (Amount demanded is $25,000 or less) | CASE NUMBER<br>CV 029557 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: 4/3/07 Time: 8:45 A.M. Dept.: 41 Div.: Room:

Address of court *(if different from the address above)*:

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one)*:
   a. [✓] This statement is submitted by party *(name)*: ROBIN PHILLIPS
   b. [ ] This statement is submitted jointly by parties *(names)*:

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date)*: NOVEMBER 6, 2006
   b. [ ] The cross-complaint, if any, was filed on *(date)*:

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [✓] All parties named in the complaint and cross-complaint have been served, or have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
      (1) [ ] have not been served *(specify names and explain why not)*:
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names)*:
      (3) [ ] have had a default entered against them *(specify names)*:
   c. [ ] The following additional parties may be added *(specify names, nature of involvement in case, and the date by which they may be served)*:

4. **Description of case**
   a. Type of case in [✓] complaint [ ] cross-complaint *(describe, including causes of action)*:
   UNFAIR BUSINESS PRACTICES ; FALSE DECEPTIVE BUSINESS PRACTICES; PUBLIC AND PRIVA TE NUISANCE; FALSE AND DECEPTIVE ADVERTISING; TRESPASS TO CHATTELS; UNJUST ENRICHMENT CAUSED BY, AMONG OTHER THINGS, UNAUTHORIZED DOWNLOAD OF SOFTWARE ONTO COMPUTERS

| PLAINTIFF/PETITIONER: PHILLIPS, ET AL.<br>DEFENDANT/RESPONDENT: 180SOLUTIONS, INC. ET AL. | CASE NUMBER:<br>CV 029557 |
|---|---|

4. b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

DEFENDANTS DOWNLOAD SOFTWARE ONTO COMPUTERS ON THE INTERNET AND THE SOFTWARE INTERFERS WITH THE USE AND ENJOYMENT OF THE COMPUTER AS WELL AS CAUSES DAMAGES AND RUINS OTHER SOFTWARE APPLICATIONS; SLOWS COMPUTERS DOWN, ETC. PLAINTIFFS SEEK T O ENJOIN THE PRACTICE OF DOWNLOADING T HE SOFTWARE UNLESS AND UNTIL THERE IS A FULL DISCLOSURE OF THE NATURE AND EFFECT THE SOFTWARE HAS ON THE COMPUTER AND THE COMUPTER USER THEREAFTER MAKES AN EXPRESS ACKNOWLEDGEMNT OF THE RISKS INVOVLED IN DOWNLOADING THE SOFTWARE AND NONETHELESS CONSENTS. GENERAL DAMAGES ARE NOT BEING SOUGHT IN THIS LAWSUIT ON A CLASS ACTION BASIS BUT THE INJUNCTIVE RELIEF IS. PHILLIPS' DAMAGES TO HER COMPUTER CONSIST OF HAVING TO REPLACE THE HARD DRIVE

☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5. **Jury or nonjury trial**
The party or parties request ☑ a jury trial ☐ a nonjury trial *(if more than one party, provide the name of each party requesting a jury trial):*

6. **Trial date**
a. ☐ The trial has been set for *(date):*
b. ☑ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):* IT IS EXPECTED THAT IT WILL BE AT LEAST A YEAR FROM NOW BEFORE CASE READY FOR TRIAL, BARRING NO DISCOVERY PROBLEMS
c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7. **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a. ☑ days *(specify number):* 4
b. ☐ hours (short causes) *(specify):*

8. **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial ☑ by the attorney or party listed in the caption ☐ by the following:
a. Attorney:
b. Firm:
c. Address:
d. Telephone number:
e. Fax number:
f. E-mail address:
g. Party represented:
☐ Additional representation is described in Attachment 8.

9. **Preference**
☐ This case is entitled to preference *(specify code section):*

10. **Alternative Dispute Resolution (ADR)**
a. Counsel ☐ has ☐ has not provided the ADR information package identified in rule 201.9 to the client and has reviewed ADR options with the client.
b. ☐ All parties have agreed to a form of ADR. ADR will be completed by *(date):*
c. ☐ The case has gone to an ADR process *(indicate status):*

| PLAINTIFF/PETITIONER: PHILLIPS, ET AL. | CASE NUMBER |
|---|---|
| DEFENDANT/RESPONDENT: 180SOLUTIONS, INC. ET AL. | CV 029557 |

10. d. The party or parties are willing to participate in *(check all that apply)*:
   (1) ☑ Mediation
   (2) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to close 15 days before arbitration under Cal. Rules of Court, rule 1612)
   (3) ☐ Nonbinding judicial arbitration under Code of Civil Procedure section 1141.12 (discovery to remain open until 30 days before trial; order required under Cal. Rules of Court, rule 1612)
   (4) ☐ Binding judicial arbitration
   (5) ☐ Binding private arbitration
   (6) ☐ Neutral case evaluation
   (7) ☐ Other *(specify)*:

e. ☐ This matter is subject to mandatory judicial arbitration because the amount in controversy does not exceed the statutory limit.
f. ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.
g. ☐ This case is exempt from judicial arbitration under rule 1601(b) of the California Rules of Court *(specify exemption)*.

**11. Settlement conference**
☐ The party or parties are willing to participate in an early settlement conference *(specify when)*:

**12. Insurance**
a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:
b. Reservation of rights: ☐ Yes ☐ No
c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**13. Jurisdiction**
Indicate any matters that may affect the court's jurisdiction or processing of this case, and describe the status.
☐ Bankruptcy ☐ Other *(specify)*:
Status:

**14. Related cases, consolidation, and coordination**
a. ☐ There are companion, underlying, or related cases.
   (1) Name of case:
   (2) Name of court:
   (3) Case number:
   (4) Status:
☐ Additional cases are described in Attachment 14a.
b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**15. Bifurcation**
☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**16. Other motions**
☑ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:
DEFENDANTS HAVE FILED A MOTION TO QUASH SUMMONS - T HE MOTION WAS MADE WITHOUT ANY ATTEMPT TO MEET AND CONFER BEFOREHAND. PLAINTIFF WILL EVENTUALLY MOTION THE COURT FOR AN ORDER CERTIFYING THE CLASS

| PLAINTIFF/PETITIONER: PHILLIPS, ET AL. | CASE NUMBER: CV 029557 |
|---|---|
| DEFENDANT/RESPONDENT: 180SOLUTIONS, INC. ET AL. | |

17. **Discovery**
   a. ☐ The party or parties have completed all discovery.
   b. ☑ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|
| PLAINTIFFS | DOC DEMAND SET 1 | 8/1/07 |
| PLAINTIFFS | DEPOSITION OF KEITH | 6/1/07 |
| PLAINTIFFS | ADMISSIONS SET ONE | 8/1/07 |
| PLAINTIFFS | SPECIAL INTERROGS. SET ONE | 8/1/07 |
| PLAINTIFFS | | |
| PLAINTIFFS | | |

   c. ☐ The following discovery issues are anticipated *(specify):*

18. **Economic Litigation**
   a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90 through 98 will apply to this case.
   b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

19. **Other issues**
   ☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

20. **Meet and confer**
   a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 212 of the California Rules of Court *(if not, explain):* NO MEET AND CONFER BECAUSE PLAINTIFF DID NOT KNOW WHO TO CALL UNTIL THIS DATE AND THAT KNOWLEDGE WAS ACQUIRED BY RECEIVING DEFENDANTS' MOTIONS TO QUASH SUMMONS. CALLS TO DEFENDANT MADE, BUT NOT RETURNE
   b. After meeting and conferring as required by rule 212 of the California Rules of Court, the parties agree on the following *(specify):*

21. **Case management orders**
   Previous case management orders in this case are *(check one):* ☑ none ☐ attached as Attachment 21.

22. Total number of pages attached *(if any):* 0

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and ADR, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

MARTHA BRONSON, ESQ.
(TYPE OR PRINT NAME) ▶ /S/
(SIGNATURE OF PARTY OR ATTORNEY)

(TYPE OR PRINT NAME) ▶
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached

# Exhibit "G"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

ROBIN PHILLIPS

Plaintiff(s),

VS

180SOLUTIONS, INC., ET AL

Defendant(s).

Filed: April 4, 2007

**ROSA JUNQUEIRO**
**CLERK**

By: [signature]

## NOTICE OF HEARING

| Hearing Date: | Time: | Department or Room: |
|---|---|---|
| June 05, 2007 | 08:45 AM | 41 |

Location:
222 E. Weber Ave., Stockton, CA 95202

Case Number
**CV029557**

To: Each Party or The Attorneys of Record

You are notified that this case is set for: Case management conference, at the above date, time, department and location. If you have any questions, please contact the Calendar Clerk at (209) 468-2867.

ROSA JUNQUEIRO, Court Administrator

## CERTIFICATE OF MAILING

I declare, under penalty of perjury, I am over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, in Stockton, California, on 04/04/07. I served these documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. The same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Signature [signature]

MARTHA BRONSON
BRONSON ASSOCIATES
15 WEST 8TH STREET
SUITE A
TRACY CA 95376

KRISTIN L HOLLAND
KATTEN MUCHIN ROSENMAN LLP
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES CA 90067

# Exhibit "H"

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Daniel Todd
(AVISO AL DEMANDADO):
180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50 inclusive,

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN JOAQUIN COUNTY SUPERIOR COURT
222 EAST WEBER STREET
STOCKTON, CA. 95207

CASE NUMBER:
(Número del Caso): CV 029557

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BRONSON & ASSOCIATES - ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396 - 15 WEST 8TH STREET, SUITE A, TRACY, CA. PHONE: 209-830-0400

DATE: NOV 6 2006 ROSA JUNQUEIRO Clerk, by NORMA C. ULIBARRI, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [✓] on behalf of *(specify)*: Metrics Direct

under:
- [ ] CCP 416.10 (corporation)
- [ ] CCP 416.20 (defunct corporation)
- [✓] CCP 416.40 (association or partnership)
- [ ] CCP 416.60 (minor)
- [ ] CCP 416.70 (conservatee)
- [ ] CCP 416.90 (authorized person)
- [ ] other *(specify)*:

4. [X] by personal delivery on *(date)*: 5/17/07

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:** Keith Smith
***(AVISO AL DEMANDADO):***
180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50 inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN JOAQUIN COUNTY SUPERIOR COURT
222 EAST WEBER STREET
STOCKTON, CA. 95207

CASE NUMBER: *(Número del Caso):* CV 029557

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BRONSON & ASSOCIATES - ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396 - 15 WEST 8TH STREET, SUITE A, TRACY, CA. PHONE: 209-830-0400

DATE: *(Fecha)* NOV 6 2006 ROSA JUNQUEIRO Clerk, by *(Secretario)* NORMA C. ULIBARRI, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:

3. [ ] on behalf of *(specify)*:

under: [ ] CCP 416.10 (corporation)
[ ] CCP 416.20 (defunct corporation)
[ ] CCP 416.40 (association or partnership)
[ ] CCP 416.60 (minor)
[ ] CCP 416.70 (conservatee)
[ ] CCP 416.90 (authorized person)
[ ] other *(specify)*:

4. [X] by personal delivery on *(date)*: 5/17/07

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Daniel Todd
(AVISO AL DEMANDADO):
180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50 inclusive,

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es):
SAN JOAQUIN COUNTY SUPERIOR COURT
222 EAST WEBER STREET
STOCKTON, CA. 95207

CASE NUMBER
(Número del Caso): CV 029557

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
BRONSON & ASSOCIATES - ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396 - 15 WEST 8TH STREET, SUITE A, TRACY, CA. PHONE: 209-830-0400

DATE: (Fecha) NOV 6 2006 ROSA JUNQUEIRO Clerk, by (Secretario) NORMA C. ULIBARRI, Deputy (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):
3. [ ] on behalf of (specify):
under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other (specify):
4. [X] by personal delivery on (date): 5-17-07

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Daniel Todd
(AVISO AL DEMANDADO):
180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50 inclusive,

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN JOAQUIN COUNTY SUPERIOR COURT
222 EAST WEBER STREET
STOCKTON, CA. 95207

CASE NUMBER
*(Número del Caso):* CV 029557

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BRONSON & ASSOCIATES - ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396 - 15 WEST 8TH STREET, SUITE A, TRACY, CA. PHONE: 209-830-0400

DATE: NOV 6 2006 ROSA JUNQUEIRO Clerk, by NORMA C. ULIBARRI, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010))*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [X] on behalf of *(specify)*: Zango, Inc (formerly known as 180Solutions, Inc)
under: [X] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other *(specify)*:
4. [X] by personal delivery on *(date)*: 5/17/07

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Kenneth Smith
(AVISO AL DEMANDADO):
180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50 inclusive,

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es):
SAN JOAQUIN COUNTY SUPERIOR COURT
222 EAST WEBER STREET
STOCKTON, CA. 95207

CASE NUMBER
(Número del Caso): CV 029557

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
BRONSON & ASSOCIATES - ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396 - 15 WEST 8TH STREET, SUITE A, TRACY, CA. PHONE: 209-830-0400

DATE: NOV 6 2006 ROSA JUNQUEIRO Clerk, by NORMA C. ULIBARRI, Deputy
(Fecha) (Secretario) (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of (specify):
3. [ ] on behalf of (specify):
under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other (specify):
4. [X] by personal delivery on (date): 5/17/07

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

NOTICE TO DEFENDANT: Kenneth Smith
(AVISO AL DEMANDADO):
180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50 inclusive,

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SAN JOAQUIN COUNTY SUPERIOR COURT
222 EAST WEBER STREET
STOCKTON, CA. 95207

CASE NUMBER: *(Número del Caso):* CV 029557

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BRONSON & ASSOCIATES - ATTORNEYS AT LAW
MARTHA BRONSON, ESQ. #133396 - 15 WEST 8TH STREET, SUITE A, TRACY, CA. PHONE: 209-830-0400

DATE: *(Fecha)* NOV 6 2006 ROSA JUNQUEIRO Clerk, by *(Secretario)* NORMA C. ULIBARRI, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*:
3. [✓] on behalf of *(specify)*: Zango, Inc (f/k/a 180Solutions, Inc)
under: [✓] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
[ ] other *(specify)*:
4. [X] by personal delivery on *(date)*: 5/17/07

# Exhibit "I"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN JOAQUIN

ROBIN PHILLIPS

Plaintiff(s),

VS

180SOLUTIONS, INC., ET AL

Defendant(s).

Filed: June 7, 2007

**ROSA JUNQUEIRO**
**CLERK**

By: [signature]

**NOTICE OF HEARING**

| Hearing Date: | Time: | Department or Room: |
|---|---|---|
| September 11, 2007 | 08:45 AM | 41 |

Location:
222 E. Weber Ave., Stockton, CA 95202

Case Number
**CV029557**

To: Each Party or The Attorneys of Record

You are notified that this case is set for: Case management conference, at the above date, time, department and location. If you have any questions, please contact the Calendar Clerk at (209) 468-2867.

ROSA JUNQUEIRO, Court Administrator

**CERTIFICATE OF MAILING**

I declare, under penalty of perjury, I am over 18 years of age and not a party to this action. I am employed in the county where the mailing took place, in Stockton, California, on 06/07/07. I served these documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. The same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Signature [signature]

MARTHA BRONSON
BRONSON ASSOCIATES
15 WEST 8TH STREET
SUITE A
TRACY CA 95376

KRISTIN L HOLLAND
KATTEN MUCHIN ROSENMAN LLP
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES CA 90067

# Exhibit "J"

Kristin L. Holland (SBN 187314)
Gregory S. Korman (SBN 216931)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
TEL: (310) 788-4400
FAX: (310) 788-4471

FILED
07 JUN 14 PM 3:29
ROSA JUNQUEIRO, CLERK
BY SONYA FARNSWORTH DEPUTY

Attorneys for defendants ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD AND KENNETH SMITH

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN JOAQUIN**

**STOCKTON BRANCH**

**File by Fax**

ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public.

Plaintiffs,

vs.

180SOLUTIONS, INC. a Washington Corporation: METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive,

Defendants.

Case No. CV 029557

**ANSWER TO COMPLAINT BY DEFENDANTS ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD AND KENNETH SMITH**

Defendants ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD AND KENNETH SMITH (collectively, "Defendants") answer the Complaint for Damages and Injunctive Relief ("Complaint") by plaintiff ROBIN PHILLIPS ("Plaintiff") as follows:

**GENERAL DENIAL**

Pursuant to California Code of Civil Procedure Section 431.30, Defendants deny, both generally and specifically, each and every allegation contained in the Complaint.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1. As a first separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that the Complaint and each of the claims for relief alleged therein fail(s) to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

(Justification and Privilege)

2. As a second separate and affirmative defense to the first and seventh claims for relief alleged in the Complaint, Defendants allege that they, and each of them, cannot be liable for any alleged violation of the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* (the "UCL"), because their actions, conduct and dealings were lawful and carried out in good faith.

THIRD AFFIRMATIVE DEFENSE

(Adequate Remedy at Law)

3. As a third separate and affirmative defense to all of Plaintiff's claims for equitable relief alleged in the Complaint, Defendants allege that Plaintiff is barred from seeking injunctive and/or other equitable relief because Plaintiff and those Plaintiff supposedly represents now have, and at all times alleged in the Complaint have had, an adequate remedy at law.

FOURTH AFFIRMATIVE DEFENSE

(Waiver)

4. As a fourth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that Plaintiff is barred from recovery under the Complaint because Plaintiff, and those Plaintiff purports to represent, have knowingly and intentionally waived their rights, if any, to seek the relief prayed for in the Complaint.

FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

5. As a fifth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that Plaintiff, and those Plaintiff purports to represent, because of their conduct, are estopped from asserting the claims alleged in the Complaint.

SIXTH AFFIRMATIVE DEFENSE

(Laches)

6. As a sixth separate and affirmative defense to all claims for equitable relief alleged in the Complaint, Defendants allege that the Amended Complaint, and all the equitable relief sought therein, is barred by the doctrine of laches.

SEVENTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

7. As a seventh separate and affirmative defense to all claims for relief alleged in the Amended Complaint, Defendants allege that Plaintiffs' claims for relief are barred by the applicable statute(s) of limitations. Cal. Civ. Proc. Code §§ 338, 339, 340(3); Cal. Bus & Prof. Code § 17208.

EIGHTH AFFIRMATIVE DEFENSE

(Unmanageable as a Representative Class)

8. As an eighth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that the Complaint should be dismissed, in its entirety, because it is unmanageable as a representative action since the issues of law and fact applicable to the unspecified members of the group of consumers on whose behalf this action is supposedly being prosecuted are

different and diverse, and a ruling in this action will require the Court to engage in numerous and expensive "mini-trials."

NINTH AFFIRMATIVE DEFENSE

(No Illegal, Unfair or Fraudulent Conduct)

9. As a ninth separate and affirmative defense to the first claim for relief alleged in the Complaint, Defendants allege that their conduct was not illegal, unfair or fraudulent within the meaning of the UCL.

TENTH AFFIRMATIVE DEFENSE

(Non-Certifiable Class)

10. As a tenth separate and affirmative defense to the first and seventh claim for relief alleged in the Complaint, Defendants allege that the Complaint does not state facts sufficient to certify a class pursuant to the UCL and Civil Code § 1781(b), and that Plaintiff cannot satisfy the requirements for certification. This action, therefore, is not properly brought, and can not be maintained, as a class action.

ELEVENTH AFFIRMATIVE DEFENSE

(No Notice Provided)

11. As an eleventh separate and affirmative defense to the second claim for relief alleged in the Complaint, Defendants allege that Plaintiff's purported consumer class action for damages and equitable relief should be barred because Plaintiff failed to provide the notice and demand required by § 1782 of the California Civil Code.

TWELFTH AFFIRMATIVE DEFENSE

(No Intentional Act - Cal. Civ. Code § 1784)

12. As a twelfth separate and affirmative defense to the second claim for relief alleged in the Complaint, Defendants allege that Plaintiff's Consumer Legal Remedies Act claim is barred because the acts of Defendants, if any, were not intentional and were the result of a bona fide error notwithstanding the use of reasonable procedures adopted to avoid any such error, and Defendants made an appropriate correction. Cal. Civ. Code § 1784.

THIRTEENTH AFFIRMATIVE DEFENSE

(Conduct Not Unlawful)

13. As a thirteenth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that Defendants' practices put in issue by the Complaint are not unlawful in that Defendants have substantially complied with all laws alleged in the Complaint to have been violated.

FOURTEENTH AFFIRMATIVE DEFENSE

(Conduct Not "Fraudulent" Nor "Likely To Mislead")

14. As a fourteenth separate and affirmative defense to the first claim for relief alleged in the Complaint, Defendants allege Plaintiffs are barred from obtaining any relief under California UCL because the alleged conduct and/or practice(s) of Defendants are not "fraudulent" nor "likely to mislead" the public.

FIFTEENTH AFFIRMATIVE DEFENSE

(Unintentional Violation)

15. As a fifteenth separate and affirmative defense to the first cause of action, Defendants allege that Plaintiffs are barred from any recovery whatsoever under the UCL because any alleged violation by Defendants was unintentional.

SIXTEENTH AFFIRMATIVE DEFENSE

(Mootness)

16. As a sixteenth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that Plaintiff is barred from seeking prospective injunctive relief and/or such relief is unnecessary because, without admitting Plaintiff's allegations (which are expressly denied), Defendants either never engaged in, or prior to the filing of the Complaint, ceased, the activities alleged in the Complaint.

SEVENTEENTH AFFIRMATIVE DEFENSE

(Lack of Standing)

17. As a seventeenth separate and affirmative defense to the third claim for relief, Defendants allege that Plaintiff is barred from any recovery because Plaintiff did not suffer specialized injury and therefore lacks standing

EIGHTEENTH AFFIRMATIVE DEFENSE

(Consent)

18. As an eighteenth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that Plaintiff is barred from any recovery because Plaintiff consented to the complained-of conduct.

NINETEENTH AFFIRMATIVE DEFENSE

(Unclean Hands)

19. As a nineteenth separate and affirmative defense to all claims for relief alleged in the Complaint, Defendants allege that Plaintiff's claims are barred by the doctrine of unclean hands.

TWENTIETH AFFIRMATIVE DEFENSE

(Additional Affirmative Defenses)

20. Defendants hereby give notice that they intend to rely upon any additional affirmative defenses that become available or apparent during the pendency of this action, and thus reserve the right to amend its Answer to assert such additional defenses.

WHEREFORE, Defendants pray for relief as follows:

1. That Plaintiff, and those they purport to represent, take nothing by Plaintiff's Complaint;

2. That judgment be entered in favor of Defendants;

3. That Defendants recover their costs of suit incurred herein, and;

4. For such other and further relief as the court may deem just and proper.

Respectfully submitted,

Dated: June 13, 2007

KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland
Gregory S. Korman

By: [signature]
Gregory S. Korman
Attorneys for defendants ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD AND KENNETH SMITH

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012. On June 14, 2007, I served the within documents:

**ANSWER TO COMPLAINT BY DEFENDANTS ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD AND KENNETH SMITH**

I sent such document from facsimile machine 310.788.4471 on . I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

X by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Martha Bronson, Esq.
Bronson & Associates
15 West 8th Street, Suite A
Tracy, CA 95376

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 14, 2007, at Los Angeles, California.

Jeri Bradshaw