Kristin L. Holland (SBN 187314)
Gregory S. Korman (SBN 216931)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
TEL: (310) 788-4400
FAX: (310) 788-4471
kristin.holland@kattenlaw.com
gregory.korman@kattenlaw.com

Floyd A. Mandell (*Pro Hac Vice Application To Be Filed)*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe
Chicago, Illinois 60661
Telephone: 312.902.5200
Facsimile: 312.902.1061
floyd.mandell@kattenlaw.com

Attorneys for defendants ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICSDIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD and KENNETH SMITH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,

Plaintiffs,

vs.

180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive,

Defendants.

Case No.

**RULE 7.1 DISCLOSURE STATEMENT BY DEFENDANTS ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT AND (n/k/a ZANGO AD SERVICES)**

[F.R.Civ.P. 7.1]

**TO THE COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), and METRICSDIRECT (n/k/a ZANGO AD SERVICES) hereby notify the Court that ZANGO, INC. (f/k/a 180SOLUTIONS, INC.) has no parent corporation and that no publicly held corporation owns 10% or more of its stock. METRICDIRECT (n/k/a ZANGO AD SERVICES) is a service of ZANGO, INC. and is not a separate corporation.

Respectfully submitted,

Dated: June 15, 2007

KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland
Gregory S. Korman

By: ______________________
Gregory S. Korman
ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICSDIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD and KENNETH SMITH