Kristin L. Holland (SBN 187314)
Gregory S. Korman (SBN 216931)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
TEL: (310) 788-4400
FAX: (310) 788-4471
kristin.holland@kattenlaw.com
gregory.korman@kattenlaw.com

Floyd A. Mandell (*Pro Hac Vice Application To Be Filed)*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe
Chicago, Illinois 60661
Telephone: 312.902.5200
Facsimile: 312.902.1061
floyd.mandell@kattenlaw.com

Attorneys for defendants ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICSDIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD and KENNETH SMITH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No.<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) *ss*
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Zavis, 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012. On June 15, 2007, I served the within documents:

**SEE LIST OF DOCUMENTS**

I sent such document from facsimile machine 310.788.4471 on June 15, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

**X** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service (Federal Express), for delivery to the address(es) below.

Martha Bronson, Esq.
Bronson & Associates
15 West 8th Street, Suite A
Tracy, CA 95376

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 15, 2007, at Los Angeles, California.

A. Augustine

Andrea A. Augustine

**LIST OF DOCUMENTS**

1. CIVIL COVER SHEET

2. RULE 7.1 DISCLOSURE STATEMENT BY DEFENDANTS ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT AND (n/k/a ZANGO AD SERVICES);

3. PETITION FOR REMOVAL BY DEFENDANTS ZANGO, INC., 180SOLUTIONS, INC. (n/k/a ZANGO, INC.), METRICS DIRECT (n/k/a ZANGO AD SERVICES), KEITH SMITH, DANIEL TODD, AND KENNETH SMITH; AND

4. NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION