Kristin L. Holland (SBN 187314)
Gregory S. Korman (SBN 216931)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600, Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471
Kristin.holland@kattenlaw.com
Gregory.korman@kattenlaw.com

Floyd A. Mandell *(Pro Hac Vice Application To Be Filed)*
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Chicago, Illinois 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
Flood.mandell@kattenlaw.com

Attorneys for defendants Zango, Inc., 180solutions, Inc. (n/k/a Zango, Inc.), MetricsDirect (n/k/a Zango Ad Services), Keith Smith, Daniel Todd and Kenneth Smith

Bronson & Associates
Attorneys At Law
Martha Bronson, Esq. (SBN#133396)
15 West 8th Street, Suite A, Tracy, CA 95376
Telephone: 209-830-0400
Facsimile: 209-832-5000
mslawyer@thelaw.bz

Attorneys for Plaintiffs and Putative Class Members

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>180SOLUTIONS, INC., a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:07-CV-01167-FCD-EFB<br><br>**PROOF OF SERVICE RE: 1) DEFENDANTS' OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER; 2) DECLARATION OF GREGORY S. KORMAN IN SUPPORT OF DEFENDANTS' OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER; AND 3) DECLARATION OF KRISTIN L. HOLLAND IN SUPPORT OF DEFENDANTS' OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER** |



Dockets.Justia.com

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My name and business address is Katten Muchin Rosenman LLP 2029 Century Park East, Suite 2600, Los Angeles, California 90067-3012. On **October 8, 2007**, I served the within document(s):

**SEE ATTACHED SERVICE LIST**

**BY FACSIMILE**: I sent such document from facsimile machine 310.788.4471 on ________________. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 310.788.4471 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

X **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

**BY OVERNIGHT MAIL VIA FEDERAL EXPRESS**: by placing the document(s) listed above in a sealed FEDEX envelope and affixing a pre-paid air bill and causing the envelope to be delivered to a **FEDERAL EXPRESS** agent for delivery to the person(s) at the address(es) set forth below.

X **BY ELECTRONIC MAIL**: I hereby certify that I served the above-described document on the interested parties in this action by attaching an electronic copy of the document to an email addressed to the parties listed below at their most recent email address of record in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Martha Bronson, Esq.
BRONSON & ASSOCIATES
Attorneys At Law
15 West 8th Street
Suite A
Tracy, CA 95376

///
///
///

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 8, 2007, at Los Angeles, California.

Crystal McCarey
PRINTED NAME

[signature]
SIGNATURE

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax

DOCUMENTS TO BE SERVED

1. DEFENDANTS' OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER;
2. DECLARATION OF GREGORY S. KORMAN IN SUPPORT OF DEFENDANTS' OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER
3. DECLARATION OF KRISTIN L. HOLLAND IN SUPPORT OF DEFENDANTS' OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER;

Katten
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel 310.788.4471 fax