Phillips v. 180Solutions, Inc. et al Doc. 8



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**ROBIN PHILLIPS,**

**Plaintiff(s),**

**vs.**

**180SOLUTIONS, INC., et al.,**

**Defendant(s).**

**CASE NO. 2:07-cv-1167 FCD EFB**

**MINUTE ORDER**

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on October 24, 2007

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE:**

The court is in receipt of defendants' Objections to Status (Pretrial Scheduling) Order filed October 8, 2007. The court hereby OVERRULES the objection at this time. Defendants' should bring a properly filed and noticed motion before the assigned magistrate judge pursuant to Local rules 72-302(c)(1) and 37-251.

**I hereby certify** that the foregoing is a true and correct statement of an order in the above captioned case this 24th day of October 2007.

**VICTORIA C. MINOR, CLERK**

**By: /s/ Maureen A. Price**

Maureen A. Price
Courtroom Deputy
(916) 930-4163 fax (916) 491-3932
e-mail: mprice@caed.uscourts.gov
Proposed orders to: fcdorders@caed.uscourts.gov

Dockets.Justia.com