IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN PHILLIPS,

       Plaintiff,                                          No. CIV S-07-1167 FCD EFB

  vs.

180SOLUTIONS, INC., et al.,

       Defendants.

_____/

       On December 19, 2007, defendant Zango Inc. filed an *ex parte* application for an order shortening time in which to hear its motion to compel discovery responses from plaintiff.  The basis for defendant's emergency application is the impending "pre-certification" discovery deadline of January 9, 2008.  Post-certification discovery is to be completed by October 20, 2008.

       Defendant notes that pursuant to the district judge's pretrial scheduling order, all pre-certification discovery must be completed by January 9, 2008.  By the terms of that order, "completed" means that "all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed."  Defendant recognizes that if it notices a regularly scheduled motion on the court's calendar, compliance with any order will necessarily fall outside the pre-certification deadline.

1  Upon review of the district judge's scheduling order and defendant's papers, it is not
2 clear why the discovery defendant seeks to compel must necessarily be conducted by the "pre-
3 certification" deadline, and thus, why the motion to compel cannot be brought on the court's
4 regularly scheduled law and motion calendar within the post-certification discovery period.
5 Defendant may file papers that address this issue, and if the court is satisfied that defendant's
6 motion should be heard on an emergency basis, it will notify the parties of the date of the
7 hearing. Defendant shall file a declaration or other papers addressing the issue by December 27,
8 2007. If defendant fails to do so, the court will deem the application for an order shortening time
9 withdrawn.

10  SO ORDERED.

11 DATED: December 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2