1  Kristin L. Holland (SBN 187314)
2  Gregory S. Korman (SBN 216931)
   KATTEN MUCHIN ROSENMAN LLP
3  2029 Century Park East, Suite 2600
   Los Angeles, CA  90067-3012
4  TEL: (310) 788-4400
   FAX: (310) 788-4471
5  kristin.holland@kattenlaw.com
   gregory.korman@kattenlaw.com
6

7  Floyd A. Mandell (*Pro Hac Vice Application To Be Filed*)
   KATTEN MUCHIN ROSENMAN LLP
8  525 West Monroe, Chicago, Illinois 60661
   Telephone:  312.902.5200
9  Facsimile:  312.902.1061
   floyd.mandell@kattenlaw.com
10

11 Attorneys for defendants Zango, Inc., 180solutions, Inc. (n/k/a Zango, Inc.), MetricsDirect (n/k/a Zango Ad Services), Keith Smith, Daniel Todd and Kenneth Smith

12
13                           **UNITED STATES DISTRICT COURT**

14               **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| 15  ROBIN PHILLIPS, individually and on behalf of all those similarly situated and on behalf of the general public, | Case No. 2:07-CV-01167-FCD-EFB |
| 16 | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| 17              Plaintiffs,<br>         vs. | [Fed.R.Civ.P. 41(a)(ii)] |
| 18  180SOLUTIONS, INC. a Washington Corporation; METRICS DIRECT, KEITH SMITH, DANIEL TODD, KENNETH SMITH and DOES 1 through 50, Inclusive, | |
| 19 | |
| 20 | |
| 21              Defendants. | |
| 22 | |

**STIPULATION**

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, plaintiff Robin Phillips, on the one hand, and defendants Zango, Inc., 180solutions, Inc. (n/k/a Zango, Inc.), MetricsDirect (n/k/a Zango Ad Services), Keith Smith, Daniel Todd and Kenneth Smith, on the other hand, through their respective counsel of record, stipulate to the immediate dismissal of this action with prejudice.

IT IS SO STIPULATED.

Dated: April 28, 2008

KATTEN MUCHIN ROSENMAN LLP
Kristin L. Holland
Gregory S. Korman

By: /s/ Gregory S. Korman
      Gregory S. Korman
Attorneys for defendants Zango, Inc., 180solutions, Inc. (n/k/a Zango, Inc.), MetricsDirect (n/k/a Zango Ad Services), Keith Smith, Daniel Todd and Kenneth Smith

Dated: April 28, 2008

BRONSON & ASSOCIATES
Martha Bronson

By: /s/ Martha Bronson
      Martha Bronson
Attorneys for plaintiff Robin Phillips

IT IS SO ORDERED.

Dated: April 30, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE